I. & M. SHALOM ET AL. *v.* UNITED STATES

No. 4768.—Invoices dated Shanghai, China, July 23, 1936, etc.
   Entered at New York September 9, 1936, etc.
   Entry No. 732040, etc.

(Decided March 6, 1940)

*Brooks & Brooks* for the plaintiffs.

*Webster J. Oliver*, Assistant Attorney General (*Daniel I. Auster*, special attorney), for the defendant.

TILSON, Judge: The appeals listed in schedule C, attached hereto and made a part hereof, have been submitted for decision upon a stipulation to the effect that the price at the date of exportation of the merchandise covered by said appeals at which such or similar merchandise was freely offered for sale to all purchasers in the principal markets of China for exportation to the United States, in usual wholesale quantities and in the ordinary course of trade is the values found by the appraiser, less any amount added under duress.

On the agreed facts I find and hold that the proper dutiable export values of the merchandise covered by said appeals are the values found by the appraiser, less any amount added under duress. Judgment will be rendered accordingly.